UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY MORRISON,

    Plaintiff,

v.          CASE NO. 3:14cv673/MCR/EMT

SANTA ROSA CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 4, 2015.  (Doc. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 3rd day of April 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**